# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LEON A MORRIS
(Enter Above the Name of the Plaintiff in this Action)

vs.

JOHN WATSON, Warden, et Al
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

L. SHULER, Inspector
R. WEST, Cashier
AMBER ABLE FINLIN, Cashier
UNIT Manager, Cole, A2
SGT. BOOKER

## COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

LEON Aaron MORRIS SR
Name - Full Name Please - PRINT

P.O. Box 1812
Street Address

Marion, OH 43302
City, State and Zip Code

_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. JOHN WATSON, Warden
   Name - Full Name Please

   670 E Marion-Williamsport RD Marion, OHIO 43302
   Address: Street, City, State and Zip Code

2. L. SHULER, Inspector

   670 E Marion-Williamsport RD Marion, OHIO 43302

3. A. WEST, Cashier

   670 E Marion-Williamsport RD Marion, OHIO 43302

4. AMBER ABLE FINLIN, Cashier

   11271 ST. RT 762 Orient, OHIO 43146

5. Cole, UNIT Manager A2

   11271 ST. RT. 762 Orient, OHIO 43146

6. BOOKER, SGT A2

   11271 ST. RT 762 Orient, OHIO 43146

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 42 United States Code, Section 1983
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

(1) AMber Ablefinlin, Cashier at CRC on or about Aug. 4th, 2022 unlawfully removed $15.17 from my Trust acount and become upset when I appealed her unlawful conduct. Amber also unlawfully removed more funds from my Trust account against Courts order and the State of OHIO Prison Rules & Regulations. Violating my Constitutional Rights, Laws and Policies.

(2) R. WESt, Cashier at NCCI willfully, unlawfully with malic and forethought Chose to Aid & Abbel Amber in Removing funds from my Trust account and Violating my Constitutional rights, Laws & policies.

(3) Cole, Unit Manager A2 at CRC Chose to Aid & abbed Amber in Violating my Constitutional Rights, Laws & policies.

(4) SGt, Booker A2 at CRC Chose to Aid & Abbel Amber in Violating my Constitutional Rights, Laws & policies.

(5) L. Shuler, Inspector at NCCI Chose to Aid & Abbel R. West in Violating my Constitutional Rights, Laws & policies.

(6) John Watson, Warden at NCCI Chose to aid & abbel R West in Violating my Constitutional Rights, Laws & policies. Also Denied my 36 Dump Days.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
| --- | --- |
| 3:22-CV-208 | Leon A Morris Sr vs. Mayor Jeffery Mimms Jr et al |
| 3:22-CV-222 | " " " vs. Globe Life Insurance Company et al |
| 3:22-CV-200 | " " " vs. Haines, et al |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Plaintiff seeks compensation for pain & suffering, Violations of Rights and Discrimination. Plaintiff prays that this Court sends a LOUD Message to these and other Goverment officials like these who think they can violate Laws, Rights and polices and Not be held fwaneely liable.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 2 day of SEPTEMBER, 2022.

_____
Signature of Plaintiff

Leon A Morris 805-551
812 P.O. Box
Morion, Ohio 43302

Walter H Rice Building
200 W Second / Clerk Of Court
Dayton, Ohio 45402

Legal Mail


DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

